# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  CHARLOTTE A. MILLER                                    CASE NO.  4:14-bk-16729 J
                                                                               CHAPTER 13

---

## MODIFICATION OF CHAPTER 13 PLAN

---

Comes now the Debtor(s) and for her modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

The DEBTOR PROPOSES TO PAY $855.00 PER MONTH TO THE TRUSTEE.

**NEW BASE OF $50,185.00**

Indicate how often the Debtor is paid by checking the

( ) weekly;      ( ) bi-weekly;      ( ) semi-mo;    ( ) monthly or
( ) other (if other, please specify):

2. **THE PLAN LENGTH** shall remain the same unless otherwise indicated below:

( ) Increase plan length to _____ months.
( ) Decrease plan length to _____ months.

The Debtor proposes to pay all disposable income into the plan for the benefit of unsecured creditors for not less than the applicable commitment period (unless unsecured creditors are being paid in full (100%).  The plan length shall not exceed 60 months.

3. **UNSECURED CREDITORS ARE TO BE PAID PRORATA.**

4. **MODIFIED TREATMENT OF EXISTING CREDITOR:**

| CREDITOR | TREATMENT |
| --- | --- |
| Capital Asset Recovery | Secured claim for repo fees in the amount of $400.00 to be paid in full. |

5.   ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAINS THE SAME.


5-6-15                                                           /S/ Danyelle J. Walker
DATE                                                             Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: CHARLOTTE A. MILLER
CASE NO. 4:14-bk-16729 J
CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT TO
MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the Debtor has filed the attached modification to the plan pursuant to the 11 U.S.C. sections 1323, 1329 and Rule 3019 of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within 21 days from the date of this notice, with the Bankruptcy Court at 300 West Second, Little Rock, AR 72201, with copies to the Attorney for Debtor and Mark T. McCarty, Trustee, P.O. Box 5006, Little Rock, AR 72119.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

/S/Danyelle J. Walker
Danyelle J. Walker
Attorney at Law
Law Office of Danyelle Walker, PLLC
323 Center Street, Suite 1020
Little Rock, AR 72201
(501) 374-1448

5-6-15
DATED

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Mark T. McCarty , Trustee
P.O. Box 5006
North Little Rock, AR 72119

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

Legal Division
Employment Security Division
P.O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
Special Procedures
P.O. Box 21125
Philadelphia, PA 19114

U.S. Attorney (Eastern)
P.O. Box 1229
Little Rock, AR 72203

U.S. Attorney (Western)
P.O. Box 1524
Fort Smith, AR 72902

And to all creditors whose names and addresses are set forth below:

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK
73126-8941
(5563035)
(cr)

**Arkansas Cardiology Clinic**
c/o Collection Services, Inc.
1501 North University, Suite 9
Prospect Building
Little Rock, AR 72207
(5512867)
(cr)

**Arkansas Department of Finance and Admin.**
Legal Counsel Room 2380
P O Box 1272
Little Rock, AR 72203-1272
(5534995)
(cr)

**Arrow Financial Service**
5996 W. Touhy Ave.
Niles, IL 60714
(5512868)
(cr)

**Asset Acceptance Corporation**
P.O. Box 2036
Warren, MI 48090
(5512869)
(cr)

**AT&T**
P.O. Box 930170
Dallas, TX 75393-0170
(5512870)
(cr)

**Bay Area Credit Service LLC**
1901 W 10th St.
Antioch, CA 94509
(5512871)
(cr)

**Capital Assest Recovery**
P.O. Box 192585
Dallas, TX 75219
(5512872)
(cr)

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130-0281
(5512873)
(cr)

**Catherine's/Comenity**
P.O. Box 182782
(5512874)
(cr)

Columbus, OH 43218-2782

**Cavalry SPV I, LLC**
c/o Bass & Associates, P.C.
3936 E Ft. Lowell Road Suite #200
Tucson, AZ 85712
(5562788)
(cr)

**Comcast**
P.O. Box 163250
Columbus, OH 43216-3250
(5512875)
(cr)

**Direct Loans**
U.S. Dept of Education
P.O. Box 530260
Atlanta, GA 30353-0260
(5512876)
(cr)

**Dress Barn/Comenity**
P.O. Box 182782
Columbus, OH 43218
(5512877)
(cr)

**ER Solutions**
P.O. Box 9004
Renton, WA 98057
(5512878)
(cr)

**First Premier**
3820 N. Louise Ave
Sioux Falls, SD 57107-0145
(5512879)
(cr)

**Gamache & Myers, P.C.**
Attn: Donald Tippett
103B North College
Fayetteville, AR 72701
(5512880)
(cr)

**GE Money Bank**
Peach Direct
P.O. Box 981084
El Paso, TX 79998-1084
(5512881)
(cr)

**GEMB/JC Pennys**
PO Box 981402
El Paso, TX 79998-1402
(5512882)
(cr)

**Household Credit Services**
P.O. Box 98706
Las Vegas, NV 89193-8706
(5512883)
(cr)

**JC Penney/Synchrony Bank**
P.O. Box 965008
Orlando, FL 32896
(5512884)
(cr)

**Jefferson Capital System**
16 McLeland Road
Saint Cloud, MN 56303
(5512885)
(cr)

**Jefferson Capital Systems**
P.O. Box 953185
Saint Louis, MO 63195-3185
(5512886)
(cr)

**Jefferson Capital Systems LLC**
Po Box 953185
St Louis Mo 63195-3185
(5531378)
(cr)

**Lane Bryant/Comenity**
P.O. Box 182782
Columbus, OH 43218
(5512887)
(cr)

**Midland Credit Management, Inc**
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090
(5523135)
(cr)

**Monarch Recovery Management**
10965 Decatur Road
Philadelphia, PA 19154
(5512888)
(cr)

**Old Navy/Synchrony Bank**
P.O. Box 965003
Orlando, FL 32896-5003
(5512889)
(cr)

**Portfolio Recovery**
120 Corporate Blvd. # 100
Norfolk, VA 23502
(5512890)
(cr)

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541
(5579767)
(cr)

**Pulaski County Treasurer** (5512891) (cr)
P.O. Box 430
Little Rock, AR 72203

**Pulaski Technical College** (5512892) (cr)
3000 W. Scenic Drive
North Little Rock, AR 72118

**Quantum3 Group LLC as agent for** (5541910) (cr)
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Rickey Miller** (5512893) (cr)

**RMA** (5512894) (cr)
2675 Breckinridge Blvd.
Duluth, GA 30096-4971

**Robinson Reagan & Young** (5512895) (cr)
260 Cumberland Bnd
Nashville, TN 37228

**Selene Finance** (5512896) (cr)
P.O. Box 71243
Philadelphia, PA 19176

**Selene Finance, LP** (5580430) (cr)
P.O. Box 71243
Philadelphia, PA 19176-6243

**Southern, Allen & Withrow** (5512897) (cr)
Attorneys at Law
12410 Cantrell, Suite 100

Little Rock, AR 72223

**Southwest Credit System** (5512898) (cr)
4120 International Pkwy, #1100
Carrollton, TX 75007-1958

**Southwestern Bell Telephone Company** (5579945) (cr)
c/o AT&T Services Inc.
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A 104
Bedminster, NJ 07921

**State of Arkansas** (5512899) (cr)
Dept of Finance & Admin.
P.O. Box 1272-L
Little Rock, AR 72203

**Superior Asset Management** (5512900) (cr)
P.O. BOx 596
Fort Walton Beach, FL 32549-0596

**Synchrony Bank** (5575216) (cr)
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

**T-Mobile** (5512901) (cr)
P.O. Box 742596
Cincinnati, OH 45274-0596

**UAMS** (5512902) (cr)
4301 West Markham

Street
Little Rock, AR 72205

**UAMS College of Medicine** (5512903) (cr)
Medical College Physicians GP
P.O. Box 251508
Little Rock, AR 72225-1508

**United States Treasury** (5512904) (cr)
Special Procedures
P.O. Box 21125
Philadelphia, PA 19114

**Verizon** (5512905) (cr)
P.O. Box 920041
Dallas, TX 75392-0041

**Wilson & Associates** (5512906) (cr)
1521 Merrill Dr.
Suite D-220
Little Rock, AR 72211

**Charlotte A. Miller**
4121 Burks Avenue
North Little Rock, AR 72118

And to all attorneys who have filed any pleading herein, whose names and addresses are set forth below:

**Leslie D. Fryxell**
WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Ste. D-220
Little Rock, AR 72211

All done on this  6th  day of                  May                  , 2015.

/S/Danyelle J. Walker
Danyelle J. Walker